1
2
3
4
5

SPERTUS, LANDES & UMHOFER, LLP
James W. Spertus (SBN 159825)
Christa L. Culver Wasserman (SBN 289128)
617 West 7th Street, Suite 200
Los Angeles, CA  90017
Telephone:  (213) 205-6520
Facsimile:  (213) 205-6521
Email:   jspertus@spertuslaw.com
         cwasserman@spertuslaw.com

6
7
8
9
10
11

STOEL RIVES LLP
B. John Casey (admitted *pro hac vice*)
Brad Daniels (admitted *pro hac vice*)
Samantha Sondag (admitted *pro hac vice*)
760 SW Ninth Avenue, Suite 3000
Portland, OR 97205
Telephone:  (503) 294-9170
Facsimile:  (503) 220-2480
Email:   john.casey@stoel.com
         brad.daniels@stoel.com
         samantha.sondag@stoel.com

12  *Counsel for Defendants*

13  [Additional counsel on signature page]

14  UNITED STATES DISTRICT COURT

15  CENTRAL DISTRICT OF CALIFORNIA

16
17  IN RE:  BEYOND MEAT, INC. DERIVATIVE LITIGATION,

Case No. CV-20-2524-MWF (AFMx)

18
19  This Document Relates to:

JOINT REPORT REGARDING SETTLEMENT

20  ALL ACTIONS

[Proposed Order Filed Concurrently]

21

22  Pursuant to the Court's July 1, 2021 Order (ECF 42), the Parties provide the
23  following joint report regarding settlement efforts and respectfully request that the
24  Court approve the scheduling changes set forth below:
25      1.    The Parties have reached a tentative settlement of the derivative
26  actions consolidated in the above-captioned matter.
27
28

2.     The Parties anticipate that Plaintiffs will file for preliminary approval of the settlement within thirty days.

3.     The Parties therefore respectfully request that the Court (i) vacate the briefing schedule for Defendants' motion to dismiss set forth in the July 1, 2021 Order (ECF 42, at 2), and (ii) issue an order setting November 19, 2021 as the deadline on or before which Plaintiffs must move for preliminary approval of the settlement.

Respectfully submitted by:

DATED:  October 1, 2021

THE BROWN LAW FIRM, P.C.

/s/ *Robert C. Moest*

Robert C. Moest, Of Counsel, SBN 62166
2530 Wilshire Boulevard, Second Floor
Santa Monica, CA  90403
Telephone:  (310) 915-6628
Facsimile:  (310) 915-9897
Email: RMoest@aol.com

THE BROWN LAW FIRM, P.C.
Timothy Brown
240 Townsend Square
Oyster Bay, NY  11771
Telephone:  (516) 922-5427
Facsimile:  (516) 344-6204
Email:  tbrown@thebrownlawfirm.net

*Counsel for Plaintiff Eric Weiner*

1

2  DATED:  October 1, 2021

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

TOSTRUD LAW GROUP, P.C.


/s/ *Jon A. Tostrud*
Jon A. Tostrud
1925 Century Park East
Suite 2100
Los Angeles, CA  90067
Telephone:  (310) 278-2600
Facsimile:  (310) 278-2640
Email: jtostrud@tostrudlaw.com

GAINEY McKENNA & EGLESTON
Thomas J. McKenna
501 Fifth Avenue, 19th Floor
New York, NY  10017
Telephone:  (212) 983-1300
Facsimile:  (212) 983-0383
Email: tjmckenna@gme-law.com

*Counsel for Plaintiffs Kimberly Brink
and Melvyn Klein*

1

2

DATED:  October 1, 2021

SPERTUS, LANDES & UMHOFER, LLP

3

4

/s/ *James W. Spertus*

James W. Spertus

5

Christa L. Culver Wasserman

6

617 West 7th Street, Suite 200

Los Angeles, CA  90017

7

Telephone: (213) 205-6520

8

Facsimile: (213) 205-6521

Email:   jspertus@spertuslaw.com

9

cwasserman@spertuslaw.com

10

STOEL RIVES LLP

11

B. John Casey (admitted *pro hac vice*)

Brad Daniels (admitted *pro hac vice*)

12

Samantha Sondag (admitted *pro hac vice*)

13

760 SW Ninth Avenue, Suite 3000

Portland, OR 97205

14

Telephone: (503) 294-9170

15

Facsimile: (503) 220-2480

Email:   john.casey@stoel.com

16

brad.daniels@stoel.com

17

samantha.sondag@stoel.com

18

*Counsel for Defendants*

19

20

*All signatories listed, and on whose behalf*
*the filing is submitted, concur in the filing's*

21

*content and have authorized the filing.*

22

23

24

25

26

27

28