Robert C. Moest, Of Counsel, SBN 62166
**THE BROWN LAW FIRM, P.C.**
2530 Wilshire Boulevard, Second Floor
Santa Monica, CA 90403
Telephone: 310-915-6628
Facsimile: 310-915-9897
Email: RMoest@gmail.com

*Counsel for Derivative Plaintiffs*

[Additional Counsel on Signature Page]

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| IN RE: BEYOND MEAT, INC. DERIVATIVE LITIGATION,<br><br>This Document Relates to:<br><br>ALL ACTIONS | Case No. CV-20-2524-MWF (AFMx)<br><br>**NOTICE OF MOTION AND PLAINTIFFS' UNOPPOSED MOTION FOR PRELIMINARY APPROVAL OF DERIVATIVE SETTLEMENT**<br><br>Hon. Michael W. Fitzgerald<br><br>Hearing Date: February 14, 2022<br>Time: 10:00 A.M.<br>Ctrm: 5A |

TO: ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that on January 14, 2022, Plaintiffs Eric Weiner, Kimberly Brink, and Melvyn Klein ("Derivative Plaintiffs") will and do hereby move the Court under Rule 23.1(c) of the Federal Rules of Civil Procedure, before the Honorable Michael W. Fitzgerald, United States District Court Judge, at First Street Courthouse, 350 West First Street, Courtroom 5A, Los Angeles, California 90012, to grant preliminary approval of the settlement set forth in the Stipulation of

Settlement dated January 14, 2022 ("Stipulation" or "Settlement"),[1] attached as Exhibit 1 to the Declaration of Robert C. Moest, which is filed concurrently herewith.

Derivative Plaintiffs respectfully submit this unopposed motion (the "Motion"), which moves this Court for entry of an Order in the form attached as Exhibit C to the Stipulation (the Settling Parties' proposed "Preliminary Approval Order"):

1. Granting preliminary approval of the proposed Settlement on the terms set forth in the Stipulation;

2. Approving the proposed form of the Notice, attached as Exhibit B to the Stipulation, and directing the dissemination of the notice of the Settlement as contemplated by the Stipulation; and

3. Scheduling a date for the Settlement Hearing.

Derivative Plaintiffs respectfully request that the Court find that the proposed Settlement merits preliminary approval and enter the Preliminary Approval Order. This Motion is based on the accompanying Memorandum of Points and Authorities in Support hereof, the Stipulation and its exhibits, and such additional evidence or argument as may be required by the Court.

Respectfully submitted by:

Dated: January 14, 2022

**THE BROWN LAW FIRM, P.C.**

*/s/ Robert C. Moest*
Robert C. Moest, Of Counsel, SBN 62166
2530 Wilshire Boulevard, Second Floor
Santa Monica, CA 90403
Telephone: 310-915-6628
Facsimile: 310-915-9897
Email: RMoest@aol.com

[1] Terms not defined herein shall have the meanings set forth in the Stipulation.

**THE BROWN LAW FIRM, P.C.**
Timothy Brown (*pro hac vice*)
767 Third Avenue, Suite 2501
New York, NY 10017
Telephone: 516-922-5427
Facsimile: 516-344-6204
Email: tbrown@thebrownlawfirm.net

**TOSTRUD LAW GROUP, P.C.**
Jon A. Tostrud
1925 Century Park East, Suite 2100
Los Angeles, CA 90067
Telephone: (310) 278-2600
Facsimile: (310) 278-2640
Email: jtostrud@tostrudlaw.com

**GAINEY McKENNA & EGLESTON**
Thomas J. McKenna (*pro hac vice*)
501 Fifth Avenue, 19th Floor
New York, NY 10017
Telephone: (212) 983-1300
Facsimile: (212) 983-0383
Email: tjmckenna@gme-law.com

*Counsel for Derivative Plaintiffs*