Robert C. Moest, Of Counsel, SBN 62166
**THE BROWN LAW FIRM, P.C.**
2530 Wilshire Boulevard, Second Floor
Santa Monica, CA 90403
Telephone: 310-915-6628
Facsimile: 310-915-9897
Email: RMoest@gmail.com

*Counsel for Derivative Plaintiffs*

[Additional Counsel on Signature Page]

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: BEYOND MEAT, INC. DERIVATIVE LITIGATION,<br><br>This Document Relates to:<br>ALL ACTIONS | Case No. CV-20-2524-MWF (AFMx)<br><br>**NOTICE OF MOTION AND PLAINTIFFS' MOTION FOR FINAL APPROVAL OF SETTLEMENT**<br><br>Hon. Michael W. Fitzgerald<br><br>Hearing Date: July 11, 2022<br>Time: 10:00 A.M.<br>Ctrm: 5A |

TO: ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that on July 11, 2022, Plaintiffs Eric Weiner, Kimberly Brink, and Cindy Maloney, Executrix of the Estate of Melvyn Klein ("Derivative Plaintiffs") will and do hereby move the Court under Rule 23.1(c) of the Federal Rules of Civil Procedure, before the Honorable Michael W. Fitzgerald, United States District Court Judge, at First Street Courthouse, 350 West First Street, Courtroom 5A, Los Angeles, California 90012, for entry of an order, which

determines: (i) the terms and conditions of the Settlement[1] are fair, reasonable and adequate to Beyond Meat and Current Beyond Meat Stockholders; (ii) the [Proposed] Final Order and Judgment should be entered; (iii) to award the Fee and Expense Amount and Plaintiffs' Service Awards; and (iv) for such other and further relief as the Court deems appropriate (the "Motion").

In support of this Motion, Derivative Plaintiffs rely upon the accompanying Memorandum of Law, the Declarations of Timothy Brown, Thomas J. McKenna, Phillip Kim, and Jon Tostrud, the Stipulation and exhibits annexed thereto, and all prior pleadings and proceedings.

Derivative Plaintiffs respectfully request the Court to enter the Settling Parties' agreed-upon form of the [Proposed] Final Order and Judgment, attached as Exhibit D to the Stipulation (Dkt. 50-2) and submitted herewith for the Court's convenience.

Defendants do not oppose the relief requested in this Motion.

Respectfully submitted by:

Dated: June 13, 2022

**THE BROWN LAW FIRM, P.C.**

*/s/ Robert C. Moest*
Robert C. Moest, Of Counsel, SBN 62166
2530 Wilshire Boulevard, Second Floor
Santa Monica, CA 90403
Telephone: 310-915-6628
Facsimile: 310-915-9897
Email: RMoest@aol.com

---

[1] Unless otherwise defined herein, all capitalized terms have the same meaning as those set forth in the Stipulation of Settlement dated January 14, 2022 (the "Stipulation" or "Stip."), attached as Exhibit 1 to the Declaration of Robert C. Moest in Support of Plaintiffs' Unopposed Motion for Preliminary of Derivative Settlement, Dkt. 50-2.

**THE BROWN LAW FIRM, P.C.**
Timothy Brown (*pro hac vice*)
767 Third Avenue, Suite 2501
New York, NY 10017
Telephone: 516-922-5427
Facsimile: 516-344-6204
Email: tbrown@thebrownlawfirm.net

**TOSTRUD LAW GROUP, P.C.**
Jon A. Tostrud
1925 Century Park East, Suite 2100
Los Angeles, CA  90067
Telephone: (310) 278-2600
Facsimile: (310) 278-2640
Email: jtostrud@tostrudlaw.com

**GAINEY McKENNA & EGLESTON**
Thomas J. McKenna (*pro hac vice*)
501 Fifth Avenue, 19th Floor
New York, NY  10017
Telephone: (212) 983-1300
Facsimile: (212) 983-0383
Email: tjmckenna@gme-law.com

*Counsel for Derivative Plaintiffs*